**Electronically Filed
Supreme Court
SCWC-24-0000496
31-MAR-2026
03:01 PM
Dkt. 32 ODAC**

SCWC-24-0000496

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN THE MATTER OF THE TAX APPEAL OF HAWAIIAN AIRLINES, INC.,
Petitioner/Appellant-Appellant/Cross-Appellee,

vs.

DEPARTMENT OF TAXATION, STATE OF HAWAI'I,
Respondent/Appellee-Appellee/Cross-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000496; CASE NO. 1CTX-22-0000983)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Tonaki, assigned by reason of vacancy)

Petitioner's Application for Writ of Certiorari, filed

on February 3, 2026, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 31, 2026

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ John M. Tonaki

